UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ANTONIO CANTU, SR.,**

    Petitioner,

v.                                                       Case No: 5:23-cv-259-WFJ-PRL

**WARDEN, FCC COLEMAN-USP II,**

    Respondent.
_____

## ORDER

Petitioner initiated this case on April 17, 2023, by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The Court's order (Doc. 8) directed Petitioner to file an Amended Petition, using the Court's approved form, on or before June 14, 2023. Petitioner failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** shall enter judgment and close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 20, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to: Pro Se Party